IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01443-MSK-BNB

JON STEPHAN VAUPEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

The Court, having reviewed Defendant's Motion to File Excess Pages (Motion) **(#18)** in the above-captioned case, and being fully advised of its premises, hereby

**GRANTS** Defendant leave to file a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) of no more than 25 pages.

DATED this 26th day of November, 2007.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge