IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01443-MSK-MEH

JON STEPHAN VAUPEL,

    Plaintiff,
v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF RECUSAL

    Defendant has filed a Motion for Disqualification under 28 U.S.C. § 455 [Docket #40]. Previous to my appointment to the federal bench, I was employed as the Chief of the Civil Division in the United States Attorney's Office, which is counsel for Defendant in this case. In that capacity (through the end of 2005), I was the supervisor for every civil Assistant U.S. Attorney. The facts underlying this lawsuit also formed the basis of Plaintiff's Petition for Habeas Corpus filed in this Court as Civil Action No. 05-cv-000327-WDM-MJW. My office responded to this petition and defended the District Court's dismissal of the habeas petition on appeal. Assistant United States Attorney Amanda Rocque filed the briefs opposing the habeas petition while under my supervision. As her supervisor, I discussed the government's strategic position regarding Mr. Vopel's habeas petition and am, therefore, familiar with the factual allegations underlying this case.

    Pursuant to 28 U.S.C. §455, a Magistrate Judge shall disqualify himself under the following circumstance:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
>
> . . .
>
> Where he has served in governmental employment and in such capacity participated

as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy.

28 U.S.C. § 455 (a) & (b)(3).  Some case law has construed Section 455(b)(3) as requiring recusal of former supervisory Assistant U.S. Attorneys for cases that were handled by subordinate Assistant U.S. Attorneys while the supervisor held that office.  Although I do not have an actual bias or prejudice in this matter, my impartiality might also reasonably be questioned because of my knowledge of the underlying factual allegations.  Consequently, in an effort to serve the ends of justice and to avoid any appearance of impropriety, I hereby recuse myself from service in this matter.  Defendant's Motion for Disqualification under 28 U.S.C. § 455 [Filed May 22, 2008; Docket #40] is **granted**.  I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

The Scheduling Conference set before me on June 3, 2008, is **vacated**.

DATED at Denver, Colorado, this 28th day of May, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge