IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01443-MSK-KLM

JON STEPHAN VAUPEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Attend Scheduling Conference Telephonically [Docket No. 52; Filed June 23, 2008] (the "Motion"). The Motion pertains to the Scheduling Conference previously set for June 25, 2008. Prior to the docketing of this Motion, the Court *sua sponte* reset the Scheduling Conference to December 10, 2008 at 9:00 a.m. [Docket No. 51]. Given Plaintiff's *pro se* status, the Court construes the Motion as a request to appear telephonically at the Scheduling Conference, regardless of its date.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Scheduling Conference, Plaintiff shall contact Chambers at **(303) 335-2770** to participate by telephone.

It is noted that this Minute Order does not relieve Plaintiff of his responsibility to prepare and file a proposed Scheduling Order in advance of the Scheduling Conference, pursuant to Fed. R. Civ. P. 16(b) and D.C. Colo. L. Civ. R. 16.1.

DATED: June 24, 2008 at Denver, Colorado.