IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01443-PAB-KLM

JON STEPHAN VAUPEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER ON RECOMMENDATION OF THE MAGISTRATE JUDGE**
_____

    This matter is before the Court on the December 17, 2008 recommendation of Magistrate Judge Kristen L. Mix [Docket No. 63]. Due to the age and slow progression of this case, the magistrate judge recommended that it be administratively closed for six months in order to give plaintiff an opportunity to obtain counsel or correct the problems he had with proceeding pro se. The Court has not yet acted on this recommendation.

    Defendant has objected to the recommended administrative closure and, instead, requests that the case be dismissed [Docket No. 65]. On September 16, 2010, an attorney entered her appearance on behalf of plaintiff [Docket No. 68], effectively mooting the recommendation and the objection. Therefore, defendant must raise any dismissal arguments in the context of a separate filing.

    Therefore, it is

    **ORDERED** that the December 17, 2008 recommendation of Magistrate Judge Kristen L. Mix [Docket No. 63] is REJECTED as moot.

DATED September 21, 2010.

                            BY THE COURT:

                            <u>s/Philip A. Brimmer</u>
                            PHILIP A. BRIMMER
                            United States District Judge