IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01443-PAB-KLM

JON STEPHAN VAUPEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on Defendant's **Motion for Leave to File Surreply to Reply to Response to Motion for Leave to File Amended Complaint and to Add Additional Defendants** [Docket No. 85; Filed January 28, 2011] (the "Motion").  Despite that the Motion is opposed, I find that Defendant has provided good cause for filing a surreply.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts Defendant's Surreply [Docket No. 85-1] for filing as of the date of this Order.

DATED: January 28, 2011